UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE E. CECCHETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:04-cv-1064-DFH-WTL |
| ) | |
| SAM'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court has issued today its entry granting defendant Sam's East, Inc.'s motion for summary judgment.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that plaintiff Renee Cecchett take nothing by her motion against defendant Sam's East, Inc., and that this action is hereby DISMISSED WITH PREJUDICE, with costs to defendant.

Date: October 26, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Sherr'ee Dawn Mullins
ROBERTS & BISHOP
smullins@roberts-bishop.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrobatty@aol.com

Shannon Marie Shaw
BARNES & THORNBURG LLP
shannon.shaw@btlaw.com

Susan M. Zoeller
BARNES & THORNBURG LLP
susan.zoeller@btlaw.com